NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY LAMBERSON,　　　　　　　　　 )
a/k/a ANTHONY JESSE LAMBERSON,　 )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Appellant,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　　　 )　　　　Case No. 2D20-1095
　　　　　　　　　　　　　　　　　　　　 )
STATE OF FLORIDA,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Appellee.　　　　　　　　　 )
_____ )

Opinion filed September 18, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

PER CURIAM.


　　　　　　　　Affirmed.


VILLANTI, SLEET, and SMITH, JJ., Concur.